IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 10-cr-00136-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ZACHARY WEDGE,

    Defendant.

## MINUTE ORDER[1]

    Due to a conflict arising on the court's calendar, the change of plea hearing previously set for July 9, 2010, is **VACATED** and is **CONTINUED** to **August 13, 2010**, at 2:00 p.m. That, to the extent necessary, the United States Marshal shall assist in securing the defendant's appearance for this hearing.

    Dated: May 6, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.