**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00136-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ZACHARY WEDGE,

    Defendant.

---

## MINUTE ORDER[1]

---

    At the oral request of defense counsel, and their being no objection by the government, the change of plea hearing previously set for August 13, 2010, is **VACATED** and is **RESET** to **May 17, 2010**, at 10:00 a.m.

    Dated: May 7, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.