**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00136-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. ZACHARY WEDGE,

      Defendant.

## MINUTE ORDER[1]

      Due to a conflict arising on the court's calendar, the sentencing hearing set for September 17, 2010, at 10:30 a.m., is **VACATED** and is **CONTINUED** to **11:00 a.m.** on September 17, 2010. That, to the extent necessary, the United States Marshal shall assist in securing the defendant's appearance for this hearing.

      Dated: May 27, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.